[No. 14442-1-I. Division One. October 10, 1988.]

DARRYL W. GENNETTE, *Appellant,* v. JOSEPH E. BECKER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 81-2-16442-1, William C. Goodloe, J., entered November 18, 1983. *Affirmed* by unpublished opinion per Cole, J. Pro Tem., concurred in by Schumacher and Utter, JJ. Pro Tem.

[No. 21071-8-I. Division One. October 10, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. LLOYD C. BRAY, SR., *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 87-1-00104-0, Harry A. Follman, J., entered September 25, 1987. *Remanded* by unpublished per curiam opinion.

[No. 8579-1-III. Division Three. October 11, 1988.]

*In the Matter of the Estate of*
HAZEL M. HENJUM.

DONNA K. TUTTLE, *Appellant,* v. NORMAN G. HENJUM, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 86-4-00160-5, William G. Luscher, J., entered April 9, 1987. *Affirmed in part* and *reversed in part* by unpublished opinion per Green, J., concurred in by Thompson, C.J., and McInturff, J. Pro Tem.